**LYNCH CARPENTER, LLP**
Matthew J. Zevin (Cal. Bar No. 170736)
mattz@lcllp.com
Todd D. Carpenter (Cal. Bar No. 234464)
todd@lcllp.com
Connor J. Porzio (Cal. Bar No. 351998)
connor@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, California 92122
Telephone: (619) 762-1910
Facsimile: (858) 313-1850

*Attorneys for Plaintiff and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QASEM HASHIMI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LACOSTE USA, INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-02559-AGS-JAC<br><br>**THIRD JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Plaintiff Qasem Hashimi ("Plaintiff") and Defendant Lacoste USA, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby jointly move for an order extending the deadline for Plaintiff to file his Motion for Class Certification from November 23, 2026, to December 21, 2026. This is the Parties' third request for an extension of this deadline. This motion is based on the following grounds:

On November 13, 2025, the Court issued a scheduling order which, in part, set Plaintiff's deadline to move for class certification for May 15, 2026. *See* Dkt. No. 15. On April 13, 2026, the Court granted the Parties' first joint motion to extend that deadline to August 21, 2026. *See* Dkt. No. 33. On August 6, 2026, the Parties filed a second joint motion to extend the deadline, explaining that ongoing issues with Defendant's sales data productions had delayed depositions and expert analysis, and that the Parties wished to

explore resolving this matter through mediation before Plaintiff undertook the significant expense of expert analysis and class certification briefing. *See* Dkt. No. 46. The Court granted that motion on August 11, 2026, extending Plaintiff's deadline to November 23, 2026. *See* Dkt. No. 47.

Consistent with the intentions expressed in their second joint motion, the Parties have diligently pursued discovery in anticipation of class certification briefing. However, due to conflicting schedules, the Parties were unable to schedule private mediation with JAMS until November 16, 2026. The Parties are committed to participating in that upcoming session in good faith and believe mediation presents a meaningful opportunity to resolve this matter without class certification briefing and further litigation.

Accordingly, the Parties respectfully request an approximate one-month extension of Plaintiff's deadline to move for class certification until December 21, 2026. The requested extension will allow the Parties to focus their efforts on mediation, permit subsequent negotiations following the mediation session, if necessary, and, should those efforts not resolve this matter, provide Plaintiff sufficient time to prepare and file his motion for class certification, particularly in light of the intervening Thanksgiving holiday.

The requested extension is sought jointly before the current deadline has expired, and no party will be prejudiced by it. Although this is the Parties' third request, the additional time requested is necessitated by the Parties' shared effort to resolve this matter through mediation, which, if successful, will conserve the resources of both the Parties and the Court, rather than by any lack of diligence. In short, the Parties make this Joint Motion in good faith and not for the purpose of delay.

For these reasons, and subject to the Court's approval, the Parties jointly request that the Court extend Plaintiff's deadline to move for class certification to December 21, 2026.

Dated: November 6, 2026

**LYNCH CARPENTER, LLP**

By: */s/ Matthew J. Zevin*

Matthew J. Zevin (Cal. Bar No. 170736)
mattz@lcllp.com

Todd D. Carpenter (Cal. Bar No. 234464)
todd@lcllp.com
Connor J. Porzio (Cal. Bar No. 351998)
connor@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, California 92122
Telephone: 619.762.1910
Facsimile: 858.313.1850

*Attorneys for Plaintiff and Proposed Class Counsel*

Dated: November 6, 2026

**ARENTFOX SCHIFF LLP**

By: */s/ Adam D. Bowser*

Adam D. Bowser (*pro hac vice*)
adam.bowser@afslaw.com
Lynn R. Fiorentino (State Bar No. 226691)
lynn.fiorentino@afslaw.com
44 Montgomery Street, 38th Floor
San Francisco, California 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501

*Attorneys for Defendant*

**CERTIFICATION REGARDING ELECTRONIC SIGNATURES**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: November 6, 2026

**LYNCH CARPENTER, LLP**

By: */s/ Matthew J. Zevin*

Matthew J. Zevin (Cal. Bar No. 170736)
mattz@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, California 92122
Telephone: 619.762.1910
Facsimile: 858.313.1850

*Attorney for Plaintiff and Proposed Class Counsel*